United States District Court
Southern District of Texas
**ENTERED**
November 15, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| MARCEL C. NOTZON, III, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 5:17-CV-7 |
| § | |
| CITY OF LAREDO, *et al.*, § | |
| § | |
| Defendants. § | |

## ORDER

On October 24, 2019, Plaintiff filed Marcel C. Notzon, III's Stipulation of Dismissal (Doc. 103), pursuant to FED R. CIV. P. 41(a)(1)(A)(i). The voluntary dismissal was with prejudice to refiling.

The Clerk's Office is ordered to terminate this case.

SIGNED this 15th day of November, 2019.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge